JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSTON, | Case No. CV 12-9733-CJC (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. SOTO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 20, 2015

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE